his agency for defendants at the time of the accident, the trial court should have directed a verdict for defendants, or allowed the motion for judgment notwithstanding the verdict. Since the plaintiff has no case against these defendants, the judgment is reversed.

*Judgment reversed.*

CULBERTSON, P. J., and BARDENS, J., concur.

**J. Hawley, Appellee, v. Sylvia Zdrojeski, Appellee and Harry J. Duffner, Jr., Appellant.**

**Gen. No. 44,118.**

opinion filed November 16, 1948; rehearing denied March 1, 1949; released for publication March 2, 1949. Braun, Johnson, Shields & Ryan, for appellant; Philip E. Ryan and Thomas E. Crowley, of counsel; Alfred W. Bosworth, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**